1  DUGAN BARR .................................State Bar No. 40663
2  DOUGLAS MUDFORD.................State Bar No. 156392
   J. MICHAEL FAVOR ....................State Bar No. 85558
3  DAVID CASE..................................State Bar No. 56701
   DOUGLAS H. NEWLAN ................State Bar No. 032250
4  BARR & MUDFORD
   1824 Court Street/P.O. Box 994390
5  Redding, California 96099-4390
   Telephone:   (530) 243-8008
6  Fax:         (530) 243-1648
7
   Attorneys for Defendant
8

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13

| LANCE SHARP, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES; HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTSIDE JAVA and CAFE; et al., <br><br> Defendants. | No. 2:07-CV-02329-~~JAM~~-DAD <br> Civil Rights <br><br><br> STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |
|---|---|

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 1(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice.

                              LAW OFFICES OF THOMAS FRANKOVICH

DATED: 7/2/10                  By: _____
                              THOMAS E. FRANKOVICH

BARR & MUDFORD, LLP

DATED: July 13, 2010

By /s/ John D. Barr
JOHN D. BARR

## ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice.

DATED: 7-23, 2010

_____
U.S. DISTRICT JUDGE

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2 of 2
STIPULATION TO DISMISS